## 29185. SMITH v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED OCTOBER 8, 1974.

Norman Ray Smith, *pro se.*

*Arthur K. Bolton, Attorney General,* for appellee.

## 29227. McCRARY v. RICKETTS.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED OCTOBER 8, 1974.

Michael W. McCrary, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.